1    RYAN C. NIER (SBN 243876)
ryannier@paulhastings.com
2    **PAUL HASTINGS LLP**
55 Second Street
3    Twenty-Fourth Floor
San Francisco, CA 94105
4    Telephone: 415.856.7226
Facsimile: 415.856.7100

ROBERT M. MASTERS (D.C. Bar No. 435623)
6    (admitted *pro hac vice*)
robmasters@paulhastings.com
7    **PAUL HASTINGS LLP**
875 15th Street, N.W.
8    Washington D.C. 20005
Telephone: 202.551.1700

STEVEN L. PARK (GA Bar No. 563227)
10    (admitted *pro hac vice*)
stevenpark@paulhastings.com
11    **PAUL HASTINGS LLP**
600 Peachtree Street, N.E.
12    Twenty-Fourth Floor
Atlanta, GA 30308
13    Telephone: 404.815.2223

14    Attorneys for Defendants
Toshiba America Electronic Components, Inc. and Toshiba Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALON RESEARCH, LLC,<br><br>       Plaintiff,<br><br>    vs.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA CORPORATION,<br><br>       Defendants. | CASE NO. CV-11-04819 WPA<br><br>**TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Case No. CV-11-04819 WPA

DEFENDANT TAEC'S CERTIFICATE OF INTERESTED ENTITIES

1   Pursuant to Federal Rule of Civil Procedure 7.1 (a) and Local Rule 3-16,
2   Defendant Toshiba America Electronic Components, Inc. ("TAEC"), states that it is a wholly
3   owned subsidiary of Toshiba Corporation, which is publicly traded on the Tokyo Stock
4   Exchange.  TAEC certifies that it is unaware of any interested parties other than the Defendants in
5   this litigation.

DATED:  December 20, 2011        STEVEN L. PARK
                                 PAUL HASTINGS LLP


                                 By:  _____s/ Steven L. Park_____
                                           STEVEN L. PARK

                                 Attorney for Defendant
                                 Toshiba America Electronic Components, Inc.

Case No. CV-11-04819 WPA        -1-        DEFENDANT TAEC'S CERTIFICATE OF INTERESTED ENTITIES

**CERTIFICATE OF SERVICE**

I am more than eighteen years old and not a party to this action. My place of employment and business address is Paul Hastings LLP, 600 Peachtree Street, N.E., 24th Floor, Atlanta, Georgia 30308.

On December 20, 2011, I served the foregoing document by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| Marc Christopher Belloli<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street<br>Suite 200<br>Palo Alto, CA 94301<br>650-618.4360<br>Fax: 650-618.4368<br>Email: mbelloli@feinday.com | ☒ VIA ECF |

David L. Alberti
Feinberg Day Alberti & Thompson LLP
401 Florence Street
Suite 200
Palo Alto, CA 94301
650-618-4360
Email: dalberti@feinday.com

Ian Neville Feinberg
Feinberg Day Alberti & Thompson LLP
401 Florence Street
Suite 200
Palo Alto, CA 94301
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
Fax: 650-618.4368
Email: ifeinberg@feinday.com

Margaret Elizabeth Day
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
650-618-4363
Fax: 650-618-4368
Email: eday@feinday.com

CERTIFICATE OF SERVICE

Case No. CV-11-04819 WPA

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct; that I am employed in the office of a member of the bar of this court at whose
3  direction the service was made; and that this declaration was executed on December 20, 2011.

Dated: December 20, 2011

_____
Kelly Branch

CERTIFICATE OF SERVICE

Case No. CV-11-04819 WPA