| | |
|---|---|
| 1  IAN N. FEINBERG (SBN 88324) | RYAN C. NIER (SBN 243876) |
|    ifeinberg@feinday.com | ryannier@paulhastings.com |
| 2  M. ELIZABETH DAY (SBN 177125) | **PAUL HASTINGS LLP** |
|    eday@feinday.com | 55 Second Street |
| 3  DAVID ALBERTI (SBN 220625) | Twenty-Fourth Floor |
|    dalberti@feinday.com | San Francisco, CA 94105 |
| 4  MARC BELLOLI (SBN 244290) | Telephone: 415.856.7226 |
|    mbelloli@feinday.com | Facsimile:  415.856.7100 |
| 5  **FEINBERG DAY ALBERTI & THOMPSON LLP** | (additional counsel listed below) |
|    401 Florence Street, Suite 200 | |
| 6  Palo Alto, CA 94301 | Attorneys for Defendants and |
|    Telephone: 650.618.4360 | Counterclaim Plaintiffs |
| 7  Facsimile:  650.618.4368 | TOSHIBA AMERICA ELECTRONIC |
| | COMPONENTS, INC and TOSHIBA |
| 8  Attorneys for Plaintiff and Counterclaim | CORPORATION |
|    Defendant | |
| 9  TALON RESEARCH, LLC | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TALON RESEARCH, LLC, | CASE NO. CV-11-04819 WPA |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |
| TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA CORPORATION, | |
| Defendants. | |
| TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA CORPORATION, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| TALON RESEARCH, LLC, | |
| Counterclaim Defendant. | |

IT IS ORDERED THAT:

The parties shall follow the following schedule for claim construction:

| Event | Date |
|---|---|
| Exchange of proposed terms for construction (Patent L.R. 4-1) | March 19, 2012 |
| Exchange of preliminary claim constructions and extrinsic evidence (Patent L.R. 4-2) | March 26, 2012 |
| Joint claim construction and prehearing statement; No more than 6 phrases (Patent L.R. 4-3) | April 9, 2012 |
| Completion of claim construction discovery (Patent L.R. 4-4) | April 13, 2012 |
| Parties' Opening Claim Construction Briefs (Patent L.R. 4-5(a)) | April 20, 2012 |
| Parties' Responsive Claim Construction Briefs (Patent L.R. 4-5(b)) | May 9, 2012 |

IT IS SO ORDERED.

Dated: January 27, 2012.

_____
Hon. William    Alsup
U.S. District Court Judge