**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   TALON RESEARCH, LLC,                           No. C 11-04819 WHA
11              Plaintiff,
12      v.                                          **ORDER GRANTING**
                                                    **MOTION TO SEAL**
13   TOSHIBA AMERICA ELECTRONIC
     COMPONENTS, INC., TOSHIBA
14   AMERICA, INC., TOSHIBA
     CORPORATION,
15
16              Defendants.
                                          /
17
18         Defendants seek permission to seal (1) portions of their reply brief, (2) portions of the
19   Hwangbo declaration, and (3) exhibits 1 and 2 to the Azar declaration (Dkt. No. 53).  These
20   documents contain confidential research, development, and commercial information that would
21   be harmful to defendants if known to the public and competitors.  Therefore, the motion to seal is
22   **GRANTED**.
23
24         **IT IS SO ORDERED.**
25
26   Dated:   February 7, 2012.
                                          _____
27                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
28