IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALON RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SANDISK CORPORATION,<br><br>    Defendant. | No. C 11-06172 CW<br><br>ORDER RELATING <u>CASES AND CONTINUING CASE MANAGEMENT CONFERENCE</u> |
| TALON RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>HYNIX SEMICONDUCTOR AMERICA INC.; HYNIX SEMICONDUCTOR INC.,<br><br>    Defendants. | No. 11-05058 CW |
| TALON RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA, INC.; TOSHIBA CORPORATION; HYNIX SEMICONDUCTOR AMERICA INC.; HYNIX SEMICONDUCTOR INC.,<br><br>    Defendants. | No. 11-04819 CW |

The Court has reviewed the notice of related cases filed in 3:11-cv-4819 WHA and determined that the cases are related. The Court will hold a joint case management conference in all three cases on May 2, 2012. The case management conference scheduled

for April 4, 2012 in 4:11-cv-6172 CW is continued to that date. Defendant's motion to dismiss in 4:11-cv-6172 CW is taken under submission and will be decided on the papers.  The parties shall meet and confer and file joint or separate case management conference statements, one week before the conference, proposing a schedule, or schedules, that is as consistent as feasible among the three cases, up to and perhaps including trial.  The Court hears claim construction issues concurrently with case-dispositive motions, addressed in single briefs on cross motions, absent a compelling reason.  No tutorial will be held and no evidence will be heard, absent further order.  The claim construction/motions hearing must be at least ninety days before the proposed trial date.

Dated: 4/3/2012

CLAUDIA WILKEN
United States District Judge