IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALON RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 11-4819 CW<br><br>ORDER OF <u>REFERENCE TO MAGISTRATE JUDGE</u> |
| TALON RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>HYNIX SEMICONDUCTOR AMERICA INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 11-5058 CW |
| TALON RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SANDISK CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 11-6172 CW |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that **all discovery motions** filed in the above-captioned case are referred to Magistrate Judge Laporte. Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Laporte.

Dated: 6/6/2012

_____
CLAUDIA WILKEN
United States District Judge

cc: MagRef; EDL