| | |
|---|---|
| David Martinez (SBN 193183) <br> DMartinez@rkmc.com <br> **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** <br> 2049 Century Park East, Suite 3400 <br> Los Angeles, CA  90067-3208 <br> Telephone:  310.552.0130 <br> Facsimile:  310.229.5800 <br> Attorneys for Plaintiff and Counterclaim Defendant TALON RESEARCH, LLC. | Ryan C. Nier (SBN 243876) <br> ryannier@paulhastings.com <br> **PAUL HASTINGS LLP** <br> 55 Second Street <br> Twenty-Fourth Floor <br> San Francisco, CA 94105 <br> Telephone:  415.856.7226 <br> Facsimile:  415.856.7100 <br><br> Attorneys for Defendants and Counterclaim Plaintiffs TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; and TOSHIBA CORPORATION |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TALON RESEARCH, LLC, <br><br>     Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA CORPORATION, <br><br>     Defendants/Counterclaim Plaintiffs. | Case No.  11-04819 CW <br><br> **REQUEST and  [OPPOSED PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER** |

WHEREAS, on June 6, 2012, the Court issued its Case Management Order;

WHEREAS, on July 20, 2012, the Court entered an order modifying its Case Management Order;

WHEREAS, on October 17, 2012, the Court entered an order further modifying its Case Management Order;

WHEREAS, on December 27, 2012, the Court entered an order further modifying its Case Management Order;

WHEREAS, on January 16, 2013, the Court entered an order further modifying its Case Management Order;

1  WHEREAS, the parties' Joint Claim Construction and Prehearing Statement is due on
2  February 27, 2013;

3  WHEREAS, the parties have entered into a settlement agreement;

4  WHEREAS, the parties must complete certain formalities to finalize the settlement
5  agreement;

6  WHEREAS, given that only certain formalities need to be completed before the parties'
7  settlement is effected and that the parties do not wish to unnecessarily expend resources, the
8  parties believe that the Case Management Order should be further revised to delay claim
9  construction activities and discovery by nine (9) weeks; and

10
11 WHEREAS, the proposed change in dates does not otherwise affect summary judgment,
   the close of fact and expert discovery, the pre-trial conference, trial date or any other filing date
12 with the Court;
13

14 WHEREAS, Talon Research, LLC ("Talon") presented a draft of this Stipulation to
15 Defendants' counsel, Steven Park, Robert Masters, and Ryan C. Nier ("Toshiba") on Tuesday,
   February 26, 2013;
16

17 WHEREAS, Toshiba did not respond to Talon's presentation of this Stipulation on
18 Tuesday;

19 WHEREAS, Talon again requested Toshiba to respond to this Stipulation on Wednesday,
20 February 27, 2013.

21 WHEREAS, Toshiba agreed to a one (1) week delay, but as of 4:40 P.M PST had not
22 responded to Talon's e-mail response, nor to Talon's three telephonic requests to Steven Park,
23 Robert Masters, and Ryan C. Nier, to reply to Talon's response;
24

25 THEREFORE, Talon respectfully jointly request that the case schedule be modified as set
26 forth below:

27
28

| Event | Ordered Dates | Revised Dates |
|---|---|---|
| Joint claim construction and prehearing statement (Patent L.R. 4-3) | February 27, 2013 | May 1, 2013 |
| Completion of claim construction discovery (Patent L.R. 4-4) | April 3, 2013 | June 5, 2013 |

WHEREAS, no other dates previously set by the Court are to be changed by this Stipulation and Order.

  /s/ David Martinez
David Martinez, (SBN 193183)
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  310.552.0130
Facsimile:  310.229.5800

Ryan C. Nier (SBN 243876)
ryannier@paulhastings.com
**PAUL HASTINGS LLP**
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone:  415.856.7226
Facsimile:  415.856.7100

## ATTESTATION

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.  I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

## [~~PROPOSED~~] ORDER

NOW THEREFORE, IT IS SO ORDERED.

1  Dated: March 1, 2013

_____
Hon. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE