1  David Martinez (SBN 193183)  Ryan C. Nier (SBN 243876)
   DMartinez@rkmc.com  ryannier@paulhastings.com
2  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**  **PAUL HASTINGS LLP**
3  2049 Century Park East, Suite 3400  55 Second Street
   Los Angeles, CA 90067-3208  Twenty-Fourth Floor
4  Telephone: 310.552.0130  San Francisco, CA 94105
   Facsimile: 310.229.5800  Telephone: 415.856.7226
5  Attorneys for Plaintiff and Counterclaim  Facsimile: 415.856.7100
   Defendant TALON RESEARCH, LLC.
6
                                      Attorneys for Defendants and Counterclaim
7                                     Plaintiffs TOSHIBA AMERICA ELECTRONIC
                                      COMPONENTS, INC.; and TOSHIBA
8                                     CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TALON RESEARCH, LLC,<br><br>   Plaintiff/Counterclaim Defendant,<br><br>   v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA CORPORATION,<br><br>   Defendants/Counterclaim Plaintiffs. | Case No. 11-04819 CW<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

The Plaintiff Talon Research, LLC and Defendants Toshiba America Electronic Components, Inc. and Toshiba Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| /s/ David Martinez | /s/ Ryan C. Nier |
|---|---|
| David Martinez, (SBN 193183)<br>DMartinez@rkmc.com<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: 310.552.0130<br>Facsimile: 310.229.5800 | Ryan C. Nier (SBN 243876)<br>ryannier@paulhastings.com<br>**PAUL HASTINGS LLP**<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA 94105<br>Telephone: 415.856.7226<br>Facsimile: 415.856.7100 |

## **ATTESTATION**

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

## [PROPOSED] ORDER

NOW THEREFORE, IT IS SO ORDERED.

Dated: April 12, 2013

_____
Hon. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

Case No. CV 11- 04819 CW

- 2 -

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE